Filing # 113234434 E-Filed 09/11/2020 02:17:19 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE
COUNTY, FLORIDA

BRENDA WALTER, Personal
Representative of the Estate
of Carol Althea Lewis, decedent

GENERAL JURISDICTION DIVISION
CASE NO.:

vs.

**COMPLAINT FOR DAMAGES AND
DEMAND FOR JURY TRIAL**

AIRBNB, INC., a foreign corporation.

_____/

    **Comes now**, the Plaintiff, BRENDA WALTER, PERSONAL REPRRESENTATIVE OF
THE ESTATE OF CAROL ALTHEA LEWIS, DECEDENT, by and through the undersigned
counsel and sues the Defendant, AIRBNB, INC., a foreign corporation (hereinafter referred to as
"Airbnb") and alleges the following:

    1.    This is an action for damages in excess of THIRTY THOUSAND DOLLARS
($30,000.00) exclusive of interest and costs, brought pursuant to Florida Wrongful Death Act,
Florida Statute 768.16 et seq. in the Ninth Judicial Circuit in and for Orange County, Florida.

<u>**JURISDICTION VENUE AND PARTIES**</u>

    2.    The defendant, AIRBNB, INC., is a foreign corporation with offices and locations
and otherwise significant business in Orlando, Orange County, Florida and is otherwise sui juris.

    3.    At all times material hereto, Brenda Walter, is the duly appointed Personal
Representative of the Estate of Carol Althea Lewis, probate documents attached hereto and marked
as exhibit "A". Personal Representative of the Estate, the Plaintiff, Brenda Walter, has standing
to and otherwise is duty bound to bring this Wrongful Death Action pursuant to Florida Statute
768.16 et seq.

    4.    At all times material hereto, Sentwali Tau Staten, date of birth January 8, 1998, is
the surviving natural son of the decedent, Carol Althea Lewis and is a lawful survivor and
otherwise a beneficiary of the estate of his natural mother, Carol Althea Lewis, decedent under the
Florida Wrongful Death Act.

POSES & POSES, P.A., ATTORNEYS AT LAW, SUITE 1600, ALFRED I. DUPONT BUILDING, 169 EAST FLAGLER ST., MIAMI, FLORIDA 33131

EXHIBIT

"1"

5.     At all times material hereto, Sentwali Tau Staten is the surviving natural son of the decedent, Carol Althea Lewis, was and is a resident of Orlando, Orange County, Florida and is otherwise sui juris.

6.     At all times material hereto, Vida Muriel Spencer, date of birth December 29, 1944, is the surviving natural mother of the decedent, Carol Althea Lewis and is a lawful survivor and otherwise a beneficiary of the estate of her natural daughter, Carol Althea Lewis, decedent under the Florida Wrongful Death Act.

7.     At all times material hereto, Vida Muriel Spencer is the surviving natural mother of the decedent, Carol Althea Lewis and is otherwise sui juris.

## FACTS GIVING RISE TO CAUSE OF ACTION

8.     On or about September 15, 2018, the Defendant, Airbnb, at all times material hereto knew of should have known the website and business of Airbnb allowed for solicitation, advertising, marketing of short term property rental and, in addition, facilitated any and all transactions for such.  On or about September 15, 2018, the Defendant, Airbnb, sponsored content on their website and/or otherwise endorsed excursions, activities, and/or additional events both advertised and sold as part and parcel to the short term property rental.

9.     That Carol Althea Lewis, decedent, did in fact conduct a business transaction such that the Defendant, Airbnb, facilitated both the short term property rental and the excursion, activity and/or additional business as part and parcel to the reason why which the decedent, Carol Althea Lewis, travelled to and stayed at the subject property.

10.     During the time when which the decedent, Carol Althea Lewis, was a business invitee, guest of the Airbnb property, and while on the excursion booked as part and parcel to Airbnb as described above, died as a result of dangerous and hazardous conditions during said excursion.

11.     That the Defendant, Airbnb, knew or should have known through reasonable

investigation that activities, excursions and/or events advertised on their website were dangerous and hazardous activities and is responsible for the wrongful death of Carol Althea Lewis as a result thereof.

12.    That the Defendant, Airbnb, did no investigation nor vetting of business activities advertised and solicited on their website independent of the short term property rental and as such, are liable for the wrongful death of Carol Althea Lewis.

13.    That the Defendant, Airbnb, warranted the safety of any and all activities, excursions and/or other events advertised and solicited on their website no different in the very properties they advertise and solicit otherwise including but not limited to the short term property rental relevant here.

14.    That the Defendant, Airbnb, is vicariously liable for any and all dangerous and hazardous activities which they knew or should have known existed and were otherwise advertised and solicited on their website.  Said vicarious liability extends to both the property owner and/or any and all activities, excursions and/or other business advertised, solicited, recommended and/or sold by said property owner.

## WRONGFUL DEATH DAMAGES

15.    As a direct and proximate result of the negligence and/or vicarious liability of the Defendant, Airbnb, Carol Althea Lewis, has passed.  The Estate of Carol Althea Lewis will suffer in the future the following damages:

a) Lost wages, benefits and other earnings, including the value of lost earnings that the decedent, Carol Althea Lewis, could reasonably and expected to earn had she lived a full life;

b) Also "prospective net accumulations" of The Estate of Carol Althea Lewis, or the value of earnings the Estate of Carol Althea Lewis, could reasonably expected to collect had the decedent, Carol Althea Lewis, lived a full life;

c) Medical, funeral and other expenses paid by the Estate of Carol Althea Lewis.

16.     As a direct and proximate result of the negligence and/or vicarious liability of the Defendant, Airbnb, resulting in death of the decedent, Carol Althea Lewis, Sentwali Tau Staten is the surviving natural son and a legal beneficiary under the Florida Wrongful Death Act, has in the past and will continue to suffer in the future the following damages, per the Florida Wrongful Death Act, Florida Statute 768.16 et seq:

a) The loss of support and services the decedent, Carol Althea Lewis, had provided to her son, Sentwali Tau Staten;

b) The loss of companionship, guidance and protection provided by the decedent, Carol Althea Lewis, to her son, Sentwali Tau Staten;

c) Mental and emotional pain and suffering due to the loss of the decedent, Carol Althea Lewis, by her son, Sentwali Tau Staten.

d) Medical and funeral expenses paid for and/or owed by Sentwali Tau Staten and/or the Brenda Walter the Personal Representative of the Estate as a result of the death of Carol Althea Lewis.

17.     As a direct and proximate result of the negligence and/or vicarious liability of the Defendant, Airbnb, resulting in death of the decedent, Carol Althea Lewis, Vida Muriel Spencer is the surviving natural mother and a legal beneficiary under the Florida Wrongful Death Act, has in the past and will continue to suffer in the future the following damages, per the Florida Wrongful Death Act, Florida Statute 768.16 et seq:

a) The loss of support and services the decedent, Carol Althea Lewis, had provided to her mother, Vida Muriel Spencer;

b) The loss of companionship, guidance and protection provided by the decedent, Carol Althea Lewis, to her mother, Vida Muriel Spencer;

c) Mental and emotional pain and suffering due to the loss of the decedent, Carol Althea Lewis, by her mother, Vida Muriel Spencer.

d) Medical and funeral expenses paid for and/or owed by Vida Muriel Spencer and/or the

Brenda Walter the Personal Representative of the Estate as a result of the death of Carol Althea Lewis.

**WHEREFORE**, the Plaintiff, BRENDA WALTER, as Personal Representative of the Estate of Carol Althea Lewis, decedent, demands judgment and damages against the Defendant, AIRBNB, INC., a foreign corporation and further demands trial by jury of all issues so triable as a matter of right further demanding costs and interest as provided by law.

DATED this 11th day of September, 2020.

POSES & POSES, P.A.
Alfred I. Dupont Building
169 E. Flagler Street
Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

/s/ Todd Poses,
TODD POSES, ESQUIRE
FBN: 0075922

12/5/2018 4:09 PM FILED IN OFFICE OF TIFFANY M. RUSSELL CLERK CIRCUIT COURT ORANGE CO FL

IN THE CIRCUIT COURT FOR ORANGE COUNTY,
FLORIDA                              PROBATE DIVISION

IN RE: ESTATE OF                File No. 2018-CP-003596-O
CAROL ALTHEA LEWIS
                                Division

      Deceased.

LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

    WHEREAS, Carol Althea Lewis, a resident of 15040 Cape Lane, Orlando, Florida 32831, died

on September 15, 2018, owning assets in the State of Florida, and

    WHEREAS, Brenda Walter has been appointed Personal Representative of the Estate of the

decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

    NOW, THEREFORE, I, the undersigned Circuit Judge, declare Brenda Walter duly qualified

under the laws of the State of Florida to act as Personal Representative of the Estate of Carol Althea

Lewis, deceased, with full power to administer the estate according to law; to ask, demand, sue for,

recover and receive the property of the decedent (including but not limited to all digital assets, digital

accounts and digital devices); to pay the debts of the decedent as far as the assets of the estate will permit

and the law directs; and to make distribution of the estate according to law; take any action with respect to

digital assets, digital accounts, and digital devices, including but not be limited to, (a) the authority to

access or control any Digital Device, including any computer, camera, telephone, or data storage device,

(b) the authority to manage, control, delete, or terminate any e-mail, telephone, insurance, social

networking, internet service provider, retail vendor or other account (c) the authority to change the

decedents username and password to gain access to such accounts and information.

     ORDERED on _____12/5_____, 2018

                                 Circuit Judge

EXHIBIT "A"

Bar Form No. P-3.0700
© Florida Lawyers Support Services, Inc.
January 1, 2018
8783245-2

                                12   Dec 18

12/5/2018 4:09 PM FILED IN OFFICE OF TIFFANY M. RUSSELL CLERK CIRCUIT COURT ORANGE CO FL

IN THE CIRCUIT COURT FOR ORANGE COUNTY,
FLORIDA                              PROBATE DIVISION

IN RE: ESTATE OF                     File No. 2018-CP-003596-O
CAROL ALTHEA LEWIS
                                     Division

    Deceased.

ORDER APPOINTING PERSONAL REPRESENTATIVE

(intestate - single)

    On the petition of Brenda Walter for administration of the estate of Carol Althea Lewis, deceased,

the court finding that the decedent died on September 15, 2018, and that Brenda Walter is entitled to

appointment as personal representative because she is the decedent's sister, and is qualified to be personal

representative, it is

    ADJUDGED that Brenda Walter is appointed personal representative of the estate of the

decedent, and that upon taking the prescribed oath, filing designation and acceptance of resident agent,

and posting bond in the sum of $ _Reserved_, letters of administration shall be issued.

    ORDERED on _12/5_ 2018.

_____
Circuit Judge

EXHIBIT "A"

Bar Form No. P-3.0440
© Florida Lawyers Support Services, Inc.
January 1, 2018
    8777092-1

Filing # 80621141 E-Filed 11/09/2018 02:42:35 PM

IN THE CIRCUIT COURT FOR ORANGE COUNTY,
FLORIDA                            PROBATE DIVISION

IN RE: ESTATE OF                   File No.

CAROL ALTHEA LEWIS
                                   Division

Deceased.

OATH OF PERSONAL REPRESENTATIVE AND
DESIGNATION AND ACCEPTANCE OF RESIDENT AGENT

STATE OF FLORIDA
COUNTY OF LEON

I, Brenda Walter (Affiant), state under oath that:

1.      I am qualified within the provisions of Florida Statutes Sections 733.302, 733.303 and

733.304 to serve as personal representative of the estate of Carol Althea Lewis, deceased.

2.      I will faithfully administer the estate of the decedent according to law.

3.      My address is 313 N. Monroe Street, Suite 301, Tallahassee, FL 32301.

4.      I hereby designate Marian Pearlman Nease, who is a member of The Florida Bar, who is

a resident of Palm Beach County, Florida, whose office address is One Town Center Road, Suite 301,

Boca Raton, Florida 33486, as my agent for the service of process or notice in any action against me,

either in my representative capacity, or personally, if the personal action accrued in the administration of

the estate.

_____
Brenda Walter, Affiant

Sworn to and subscribed to before me on 2nd ℓ November 2018 by Affiant, who
is   personally   known   to   me   (yes)   or   no)   or   who   produced
_____ (type of identification) as identification.

_____
Notary Public State of Florida

_____
(Affix Notarial Seal)

EXHIBIT "A"

Bar Form No. P-3.0600
© Florida Lawyers Support Services, Inc.
January 1, 2018
    8777078-1


Notary Public State of Florida
Vanessa A Rodriguez
My Commission GG 243112
Expires 07/30/2022

ACCEPTANCE

I CERTIFY that I am a permanent resident of Palm Beach County, Florida, and my office address

is as indicated above.  I hereby accept the foregoing designation as Resident Agent.

Signed on ___November 8___, ___2018___.

_____
Marian Pearlman Nease
Resident Agent

EXHIBIT "A"

Bar Form No. P-3.0600
© Florida Lawyers Support Services, Inc.
January 1, 2018
8777078-1